(May 24, 1967)

Stanley J. Pawenski et al., Respondents, v. City of Cohoes et al., Appellants. (Action No. 1.) Stanley J. Pawenski et al., Respondents, v. City of Cohoes et al., Appellants. (Action No. 2.) — Memorandum by the

COURT.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court.